In the Matter of the Estate of PETER MAUL, Deceased. LYNDA M. MAUL, Appellant; JOHN C. MAUL, as Executor, Respondent.

Submitted November 27, 1941; decided January 8, 1942.

*James I. Cuff* and *James I. McGuire* for appellant.

*Harry D. Sanders* for respondent.

*Elijah W. Holt,* special guardian for Florence M. Maul, an incompetent person.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.